428 A.2d 679

Commonwealth v. Robinson, Appellant.

Submitted December 6, 1979. Joseph N. Bongiovanni, III, for appellant; Eric B. Henson, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.